ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL VIII

| SARTORIUS STEDIM BIOTECH, INC.<br><br>Peticionaria<br><br>VS.<br><br>SINDICATO PUERTORRIQUEÑO DE TRABAJADORES Y TRBAJADORAS SEIU, LOCAL 1996<br><br>Recurrida<br><br>NEGOCIADO DE CONCILIACIÓN Y ARBITRAJE DEL DEPARTAMENTO DEL TRABAJO Y REURSOS HUMANOS DE PUERTO RICO<br>Organismo Revisado | KLCE202400701 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de San Jun<br><br>Civil Núm. SJ2023CV11747<br><br>Sala: 504<br><br>Sobre:<br><br>IMPUGNACIÓN DE LAUDO DE RBITRAJE EN EL CASO NÚM. A-23-353 |

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Monge Gómez y el Juez Cruz Hiraldo.

Cruz Hiraldo, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 31 de julio de 2024.

Compareció ante este Tribunal la parte peticionaria, SARTORIUS STEDIM BIOTECH, INC., mediante recurso de *Certiorari* presentado el 26 de junio de 2024. Solicitó la revisión de la *Sentencia* emitida por el Tribunal de Primera Instancia, Sala Superior de San Juan el 22 de mayo de 2024 y notificada electrónicamente el 28 de mayo de 2024.

Así las cosas, el 2 de julio de 2024, emitimos *Resolución* mediante la cual le concedimos a la parte recurrida un término de veinte (20) días para presentar su recurso en oposición.

El 30 de julio de 2024, las partes conjuntamente presentaron ***Moción de Desistimiento con Perjuicio*** ante este

Tribunal. Detallaron que las partes habían suscrito un **Acuerdo de Transacción** que ponía fin a las controversias traídas ante nuestra consideración. En vista de lo anterior, solicitaron el archivo, con perjuicio, del recurso, sin especial imposición de costas, gastos y honorarios de abogado.

Evaluada la referida *Solicitud de Desistimiento*, se declara **Ha Lugar** y en virtud de las disposiciones de la Regla 83 (A) del Reglamento del Tribunal de Apelaciones, se ordena el cierre y archivo definitivo del caso, sin especial imposición de costas, gastos u honorarios de abogado. 4 LPRA Ap. XXII-B, R. 83 (A).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones
